## LUCY A. GOULD v. PAYSON M. DOTY.

*Findings of fact—Conclusiveness.*

The evidence in support of the findings of fact being abundant, the judgment is affirmed.

Error to Kent. (Grove, J.) Submitted on briefs February 15, 1895. Decided February 26, 1895.

*Assumpsit.*   Defendant brings error.   Affirmed.   The facts are stated in the opinion.

*Dunham & Preston,* for appellant.

*Maynard & Chase,* for plaintiff.

McGRATH, C. J.   This case was commenced in justice's court for one month's rent.   The circuit judge found the facts with plaintiff, and gave her a judgment of $20. The defendant excepts to the findings of both fact and law.

No claim is made that the findings of fact do not support the conclusion of law.   The case turned upon the contract respecting a certain room in the house, the use of which the court found that plaintiff reserved to herself.

We find abundant evidence to support the finding, and the judgment is therefore affirmed.

The other Justices concurred.